PECK ᴇᴛ ᴀʟ. *v.* NEW YORK.

No. 437.   Decided January 16, 1961.

*Kenneth W. Greenawalt* and *Harrop Freeman* for appellants.

*Frank S. Hogan* and *Harold Roland Shapiro* for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

Mʀ. Jᴜsᴛɪᴄᴇ Dᴏᴜɢʟᴀs is of the opinion that probable jurisdiction should be noted.